**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on February 28, 2024 |

**REHEARING ACTION: February 28, 2024**

**Docket Number: 23   00260-CA**

**RYAN GARY AND REBECCA GARY**
**VERSUS**
**HOLLIER'S SPECIALTY ROOFING, INC.**

**Appealed from Lafayette Parish Case No. 2021-2262**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Van H. Kyzar**
    **Hon. Jonathan W. Perry**
    **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the following:

    1.  **Application for Amendment of Judgment or Alternatively Rehearing if Required (filed by Hollier's Specialty Roofing, Inc.)**

    **AND**

    2.  **Application for Rehearing and Brief in Support (filed by Ryan Gary and Rebecca Gary)**

have this day been **DENIED**.

cc: Charles Morris Rush, Counsel for the Appellant
    Stephen Craig Carleton, Counsel for the Appellee